UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER SEDLAK,

        Plaintiff,                        No. 14-11610

v.                                        District Judge Gerald E. Rosen
                                        Magistrate Judge R. Steven Whalen

ERIC HOLDER, ET AL.,

        Defendants.
_____/

## ORDER

On August 4, 2014, the Court entered an order dismissing Plaintiff Catherine Penales [Doc. #7]. The complaint was not signed by Ms. Penales, nor was the motion to proceed *in forma pauperis*. The Court stated that Plaintiff Sedlak, who is proceeding *pro se*, could not act on Ms. Penales' behalf.

On September 22, 2014, Ms. Penales, who resides in the Philippines, filed a Motion to Reinstate Plaintiff [Doc. #10]. In that motion, she states, "I grant my intended husband, Roger Sedlak, my Power of Attorney to execute all legal documents in this case in my absence."

Ms. Penales has still not signed a complaint, submitted the filing fee, or submitted an application to proceed *in forma pauperis*. Her proposal to have Mr. Sedlak sign her pleadings flies in the face of the Court's August 4, 2014 order. To the extent that she asks reconsideration of that order, the motion is untimely. E.D. Mich. Local Rule 7.1(h)(1) ("A motion for rehearing or reconsideration must be filed within 14 days after entry of the judgment or order."). She has provided no basis to "reinstate" her as a Plaintiff.

Accordingly, the Motion to Reinstate Plaintiff [Doc. #10] is DENIED.

IT IS SO ORDERED.


/s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Date: July 16, 2015

## Certificate of Service

I certify that a copy of this order was served upon parties of record on July 17, 2015, via electronic or postal mail.

/s/A. Chubb
CASE MANAGER