UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER SEDLAK,

        Plaintiff,        No. 14-CV-11610-DT

vs.        Hon. Gerald E. Rosen

ERIC HOLDER, et al.,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on August 24, 2015

PRESENT:   Honorable Gerald E. Rosen
                    United States District Chief Judge

This federal prisoner's *Bivens* action having come before the Court on the July 16, 2015 Report and Recommendation of United States Magistrate Judge R. Steven Whalen recommending that the Court deny Plaintiff's Motion for Default Judgment as to Defendants Terris, True, Stoner, Call and Beck; and no timely objections to the R & R having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's Motion for Default Judgment should be denied; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of July 15, 2015 **[Dkt. # 27]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff's Motion for Default Judgment **[Dkt. # 14]** hereby is, DENIED.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: August 25, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 25, 2015, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135