UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER SEDLAK,

                Plaintiff,                No. 14-CV-11610

vs.                                          Hon. Gerald E. Rosen

ERIC HOLDER, et al.,

                Defendants.

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on February 12, 2016

        PRESENT: Honorable Gerald E. Rosen
                          United States District Judge

This matter having come before the Court on the January 23, 2016 Report and Recommendation of United States Magistrate Judge R. Steven Whalen recommending that the Court grant Defendants' Beck, Stoner, Terris, Call and True's Motions for Summary Judgment[1] and dismiss Plaintiff's Complaint, in its entirety, with prejudice; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and

---

[1] These defendants are the only remaining defendants in this action. The Court previously dismissed the other two named defendants, Eric Holder and Catherine Penales, by Order dated August 4, 2014. *See* Dkt. # 7.

Recommendation, Plaintiff's Complaint should be dismissed in its entirety, and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of January 23, 2016 **[Dkt. # 50]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants' Beck, Stoner and Terris's Motion for Summary Judgment **[Dkt. # 22]** and Defendants' Call and True's Motion for Summary Judgment **[Dkt. # 34]** are GRANTED and Plaintiff's Complaint is hereby DISMISSED in its entirety, with prejudice.

                s/Gerald E. Rosen
                United States District Judge

Dated: February 12, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 12, 2016, by electronic and/or ordinary mail.

                s/Julie Owens
                Case Manager, (313) 234-5135